UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CRIMZON WARREN ANDERSON,

   Defendant.

**ORDER GRANTING DEFENDANT'S MOTION FOR FURLOUGH**
Civil No. 22-00141(6) (MJD/JFD)

Allen A. Slaughter, Jr., Assistant United States Attorney, Counsel for Plaintiff.

Patrick L. Cotter, Sieben & Cotter, PLLC, Counsel for Defendant.

     This matter is before the Court on Defendant's Motion Seeking a Furlough to Travel with Family.  (Doc. 185.)  Defendant seeks a furlough to travel with his family from the Minnesota Teen Challenge Leadership Institute to Florida from March 9 through March 13, 2023.  (Id.)  Teen Challenge approves this furlough.  (Id.)  Probation has no objections to the furlough.  Presuming all other terms of Defendant's pretrial release remain in effect, the Government also has no objections to the furlough.

     Accordingly, based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Defendant's Motion Seeking a Furlough to Travel with Family **(Doc. 185)** is **GRANTED**; and

2. All conditions of Defendant's pretrial release **(Docs. 82, 85)** remain in effect during the furlough.

Dated:  March 8, 2023                                s/Michael J. Davis
                                                                        Michael J. Davis
                                                                        United States District Court